# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CRAIG A. HOWARD, ) | |
| ) | |
| Plaintiff, ) | CASE NO. |
| ) | |
| vs. ) | |
| ) | JUDGE: |
| TIN, INC. d/b/a TEMPLE-INLAND, ) | |
| ) | MAGISTRATE: |
| Defendant. ) | |

## COMPLAINT PURSUANT TO THE
## AGE DISCRIMINATION IN EMPLOYMENT ACT

CRAIG A. HOWARD (HOWARD), by his attorneys, GAFFNEY & GAFFNEY, for his Complaint against TIN, INC. d/b/a TEMPLE-INLAND (TEMPLE-INLAND), pursuant to the Age Discrimination in Employment Act, states:

1. This cause of action if bought pursuant to the Age Discrimination in Employment Act (ADEA). *29 USC § 621, et. seq.* and § 626(b)-626(c)(1). Jurisdiction in the U.S. District Court is provided for in a civil action by an employee pursuant to *29 USC § 626*.

2. TIN, INC. d/b/a TEMPLE-INLAND is a Delaware corporation doing business in North Lake, Illinois and registered to do business in Illinois.

3. HOWARD is a resident of Bensenville, DuPage County, Illinois.

4. TEMPLE-INLAND was the "employer" of HOWARD as defined by the ADEA. *29 USC §630(b)*.

5. HOWARD was an "employee" of TEMPLE-INLAND as defined by *29 USC § 630(f)*. HOWARD was employed at the TEMPLE-INLAND facility in North Lake Illinois.

6. HOWARD'S date of birth is March 22, 1951, which qualifies him for protection pursuant to the ADEA.

7. Section 4(a) of the ADEA, *29 USC § 623(a)*, defines the following as unlawful practices by employers:

(1) To fail or refuse to hire or to discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age.

8. On or about January 16, 2007, TEMPLE-INLAND notified HOWARD that his employment would be terminated effective January 16, 2007, and did so because of his age, in violation of *29 USC §623(a)*.

9. On or about May 8, 2007, HOWARD filed a Charge of Discrimination with the EEOC (EEOC Charge No. 440-2007-04962). A true copy of said Charge is attached hereto as Exhibit A and incorporated herein.

10. On July 31, 2008, the EEOC issued a Notice of Right to Sue pertaining to HOWARD'S Charge No. 440-2007-04962. A true copy of said Notice of Right to Sue is attached hereto as Exhibit B and incorporated herein.

11. As a direct and proximate result of HOWARD'S employment termination, in violation of the ADEA, HOWARD has sustained damages including back pay, front pay, the value of lost employment benefits, and emotional pain and suffering.

12. TEMPLE-INLAND'S violation of the ADEA was a willful violation, which entitles HOWARD to liquidated damages in an amount equal to the back pay award.

WHEREFORE, CRAIG A. HOWARD seeks judgment against TIN, INC. d/b/a TEMPLE-INLAND for all legal or equitable relief available pursuant to the ADEA including reinstatement with full seniority, back pay, front pay, the value of lost employment benefits, liquidated damages, pre-judgment interest, attorney's fees and costs of suit.

_____
Justin R. Gaffney, Attorney for
CRAIG A. HOWARD

## JURY DEMAND

CRAIG A. HOWARD demands trial by jury pursuant to the Civil Rights Act of 1991, 42 U.S.C. § 1981 a(c)(1).

                                              _____
                                              Justin R. Gaffney

GLENN R. GAFFNEY
JUSTIN R. GAFFNEY
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200
Attorney No. 06180598

# CHARGE OF DISCRIMINATION

*rm is affected by the Privacy Act of 1974: See Privacy act statement* 
*re completing this form.*

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] IDHR | |
| [X] EEOC | 440-2007-04962 |

## Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| CRAIG A. HOWARD (MR.) | (630) 766-1612 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 325 GEORGE STREET | BENSENVILLE, IL 60106 | 3/22/1951 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| TEMPLE-INLAND | 15+ | (708) 947-5531 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 11600 WEST GRAND AVENUE | NORTHLAKE, IL 60164 | COOK |

CAUSE OF DISCRIMINATION BASED ON:

[ ] Race  [ ] Color  [XX] Age  [ ] Religion  [ ] Other
[ ] Retaliation  [ ] Sex  [ ] Disability  [ ] National Origin

DATE OF DISCRIMINATION

EARLIEST (ADEA/EPA)  LATEST (ALL)

JANUARY 16, 2007

[ ] CONTINUING ACTION

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I. I was employed by Respondent from October, 1973 until involuntarily terminated on January 16, 2007.

II. My date of birth is March 22, 1951.

III. On January 16, 2007 I was involuntarily terminated on the basis of my age.

IV. My last position held was facilitator/traffic manager. I reported to the plant manager.

V. Respondent has hired and retained younger, similarly situated employees and chose to terminate my employment for pretextual reasons on the basis of my age.

**RECEIVED EEOC**

MAY - 8 2007

**CHICAGO DISTRICT OFFICE**

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

**EXHIBIT A**

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT  DATE

X /s/ Craig A. Howard  4/30/07

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, year)

EEOC FORM 5 (6/00)

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Craig A. Howard
325 George Street
Bensenville, IL 60106

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

CERTIFIED MAIL 7099 3400 0018 8815 0238

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-04962 | Kirsten J. Peters, Investigator | (312) 353-8900 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_John P. Rowe_  7/31/08
John P. Rowe, District Director   (Date Mailed)

Enclosures(s)

cc:     TEMPLE INLAND

EXHIBIT B