## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>CRAIG A. HOWARD<br>v.<br>TIN, INC. d/b/a TEMPLE-INLAND | Case Number:<br><br>FILED: AUGUST 22, 2008<br>08CV4812<br>JUDGE GUZMAN<br>MAGISTRATE   JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CRAIG A. HOWARD

---

**NAME (Type or print)**
GLENN R. GAFFNEY

**SIGNATURE (Use electronic signature if the appearance form is filed electronically)**
s/

**FIRM**
GAFFNEY & GAFFNEY

**STREET ADDRESS**
1771 Bloomingdale Road

**CITY/STATE/ZIP**
Glendale Heights, IL 60139

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6180598 | TELEPHONE NUMBER<br>630-462-1200 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐