U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CRAIG A. HOWARD<br>v.<br>TIN, INC. d/b/a TEMPLE-INLAND | Case Number:<br>FILED: AUGUST 22, 2008<br>08CV4812<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE KEYS<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CRAIG A. HOWARD

| |
|---|
| NAME (Type or print)<br>JUSTIN R. GAFFNEY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] |
| FIRM<br>GAFFNEY & GAFFNEY |
| STREET ADDRESS<br>1771 Bloomingdale Road |
| CITY/STATE/ZIP<br>Glendale Heights, IL 60139 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281428 | TELEPHONE NUMBER<br>630-462-1200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ |