AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CRAIG A. HOWARD

V.

TIN, INC. d/b/a TEMPLE-INLAND

| | |
|---|---|
| CASE NUMBER: | 08CV4812 |
| ASSIGNED JUDGE: | JUDGE GUZMAN |
| | MAGISTRATE    JUDGE KEYS |
| | EDA |
| DESIGNATED MAGISTRATE JUDGE: | |

TO: (Name and address of Defendant)

TIN, INC, d/b/a TEMPLE-INLAND at 801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GAFFNEY & GAFFNEY
1771 Bloomingdale Road
Glendale Heights, IL 60139

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_

(By) DEPUTY CLERK

**August 22, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/26/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert H. Oney Jr. | Process Server, P.I. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Corporate Service to: IL Corp. Service Co.
801 Adlai Stevenson Dr.
Sptld. IL 62703
Reg. Agent for: Temple-Inland

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/26/08
            *Date*

_____
*Signature of Server*

1105 S. Second St
Sptld. IL 62704
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
**IL Private Detective Agency Lic. #117-001206**

Caption _HOWARD_ v. _TIN, Inc. d/b/a_
Case #: _08·CV·4812_ _Temple Inland_

## AFFIDAVIT OF SERVICE

I, **Robert H. Oney, Jr.**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

| | |
|---|---|
| X | Summons and Complaint |
| | Subpoena |
| | Notice of Hearing |
| | Rule to Show Cause |
| | Citation to Discover Assets |
| | Forcible Entry and Detainer |
| | Other:_____ |

That I personally handed the above-
described documents to:

_HOLLY BLANKENSHIP JCSO_

DATE AND TIME OF SERVICE:

_8/26_ 20_08_ _9.03_ am/pm

LOCATION/ADDRESS DELIVERED: _851 Adlai Stevenson Dr._
_Spfld. IL 62703_

PHYSICAL DESCRIPTION:
Ht. _5'6"_ Wt. _140#_
Race _W_ Age _30's_
Male ___ Female _✓_

That I made the following type of service:

_____ Personal service on the defendant/witness/ or named party.

_____ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

_X_ Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

_____ Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

Agent:  Robert H. Oney, Jr. (129-289533)

| | Date/Time | Mileage | Agent's Time | | |
|---|---|---|---|---|---|
| First service attempt: | _8/26 9:05am_ | | | Total | |
| 2nd attempt: | | | | Miles:___ | |
| 3rd attempt: | | | | Time :___ | |
| 4th attempt: | | | | Fee :___ | |

1032 South Second Street Springfield, IL 62704 (217) 528-5997